In re DEWEY'S ESTATE. In re BARBER et al. (Supreme Court, General Term, Third Department. February 26, 1895.) Motion to correct order entered on decision rendered on appeal from decree. See 31 N. Y. Supp. 255. George M. Wright (Lemuel B. Pike, of counsel), for appellant. Royal Corbin, for respondents.

HERRICK, J. An order has been entered in this matter stating that the decree of the surrogate "is reversed upon the law and facts." It is contended that that was proper in view of the twelfth finding of the surrogate in his findings of fact, "that the balance unpaid is $137.-29"; and that it follows, as a necessity from the conclusions of the opinion, that such finding is reversed. In truth, the decision of the surrogate was reversed upon a question of law. If the finding of the surrogate "that the balance unpaid is $137.29" is a conclusion of fact, which I very much doubt, that conclusion of fact was reached by him by reason of the same error of law which was discussed in the opinion, and therefore, while it may be said that the surrogate's conclusions of fact are reversed, they are so reversed because of the error of law committed by him. The order entered, therefore, herein, should be modified so as to read: "Ordered: That the decree of the surrogate of Clinton county be, and the same hereby is, reversed, upon questions of law, and that the costs and disbursements of said appeal be paid by said executors to the appellant from the estate of Silas H. Dewey. And it is further ordered that the said proceedings be, and the same are hereby, remitted to the surrogate of Clinton county for a rehearing herein."

---

DIBBLE, Plaintiff, v. DIMMICK, Defendant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by John W. Dibble against Jeremiah W. Dimmick. Ira G. Darrin, for plaintiff. J. G. Gardiner, for defendant.

PER CURIAM. The appeal from the order of affirmance at general term, as entered, having been determined by the court of appeals, this motion for a reargument of the appeal to the general term of this court or for a resettlement of the order of the general term affirming the judgment appealed from should be denied, with $10 costs.

In re DIXON. (Supreme Court, General Term, First Department. March 15, 1895.) Appeal from special term, New York County. Application by Warren H. Dixon, as receiver of the A. C. Brady Lumber Company, to punish Arthur C. Brady, John F. Meyer, Harold M. Stratton, and George W. Brooks for contempt. John Delahunty, for appellants. Alfred C. Patti, for respondent.

PER CURIAM. Those only could be adjudged guilty of contempt who interfered with the possession of the receiver; and upon the affidavits submitted we think that no case was made out as against Stratton and Brooks. The money which, in the alternative, was to be paid unless the goods were returned, if paid, should be held by the receiver until the title of the receiver to the property can be determined in an appropriate proceeding; and if it can then be shown that some or all of this property belonged to Brady, and that under the chattel mortgage it was legally sold to Snider, then Brady would be entitled to receive the amount which by the order is directed to be paid. The order is accordingly reversed as to Stratton and Brooks, and, subject to the suggestion about the manner in which the money should be held, affirmed as to Brady and Meyer, without costs.

---

DUNWELL v. BERKSHIRE LIFE INS. CO. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by Charles T. Dunwell against the Berkshire Life Insurance Company. No opinion. Judgment and order affirmed, with costs. All concur.

---

DURIE v. RUSSELL. (Supreme Court. General Term, First Department. March 15, 1895.) Action by David Durie, Jr., against Aura H. Russell. No opinion. Motion granted, with $10 costs.

---

EXCHANGE FIRE INS. CO., Respondent. v. NORRIS, Appellant. (Supreme Court, General Term, First Department. March 15, 1895.) Action by the Exchange Fire Insurance Company against John G. Norris. W. L. Stone, Jr., for appellant. E. F. Brown, for respondent. No opinion. Judgment affirmed, with costs. See 26 N. Y. Supp. 823.

---

FANEUIL HALL NAT. BANK v. BUSSING. (Supreme Court, General Term, First Department. February 15, 1895.) Action by the Faneuil Hall National Bank against John Bussing. No opinion. Motion to dismiss appeal denied, upon payment of $10 costs.

In re FITCH. (Supreme Court, General Term, First Department. March 15, 1895.) No opinion. Order affirmed, with $10 costs and disbursements.

---

FLETCHER v. BARBER et al. (Supreme Court, General Term, Third Department. February 26, 1895.) Action by Albert Fletcher against Myron C. Barber and others. No opinion. Motion for reargument denied, with $10 costs. See 31 N. Y. Supp. 239.